

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-14-00232-CR

ODETTE ADRIANA HERMOSILLO, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 320th District Court
Potter County, Texas
Trial Court No. 62,153-D, Honorable Don R. Emerson, Presiding

June 27, 2014

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Appellant, Odette Adriana Hermosillo, appeals her conviction for possession of marihuana. The certification of right to appeal executed by the trial court states that this "is a plea bargain case, and the defendant has NO right of appeal." This circumstance was brought to the attention of appellant, and opportunity was granted her to obtain an amended certification entitling her to appeal. No such certification was received within the time we allotted. Having received no amended certification, we dismiss the appeal per Texas Rule of Appellate Procedure 25.2(d).

Per Curiam

Do not publish.